IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GREAT NORTHERN INSURANCE COMPANY, as subrogee of Health Systems of Beatrice, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> AEGIS SCIENTIFIC, INC., and HMC ENTERPRISES, LLC, d/b/a Howard/McCray, <br><br> Defendants. | 8:20CV539 <br><br> **ORDER FOR DISMISSAL** |

This case is before the Court on the parties' Stipulation of Dismissal with Prejudice. Filing 57. The Stipulation is signed by counsel for both parties and requests dismissal with prejudice. It does not, however, indicate whether the parties are to bear their own costs and attorneys' fees. Although such a Stipulation does not require a court order, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties have submitted a proposed order indicating their desire for dismissal by order of the Court. Pursuant to the parties' Stipulation, this case is dismissed with prejudice. Unless the parties agree or have agreed otherwise, each party shall bear its own costs and attorneys' fees.

Dated this 7th day of July, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge